## Elaine WELLS, Petitioner

v.

## MERIT SYSTEMS PROTECTION BOARD, Respondent

### 2017-1298

United States Court of Appeals, Federal Circuit.

December 8, 2017

MICHAEL D. J. EISENBERG, Law Office of Michael D. J. Eisenberg, Washington, DC, argued for petitioner.

SARA B. REARDEN, Office of the General Counsel, Merit Systems Protection Board, Washington, DC, argued for respondent. Also represented by BRYAN G. POLISUK, KATHERINE M. SMITH, JEFFREY A. GAUGER.

(Moore, Taranto, and Stoll, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**